UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
1199SEIU UNITED HEALTHCARE
WORKERS EAST,

    Petitioner,

    -v-

ALARIS HEALTH AT HAMILTON PARK and
CONFIDENCE MANAGEMENT SYSTEMS,

    Respondents,

    and

THE ATRIUM AT HAMILTON PARK,

    Intervenor.
----------------------------------------------------------X

Case No. 18-CV-3336

JUDGMENT

**THIS MATTER** having come before the Court by Gladstein, Reif, & Meginniss, LLP, attorneys for Petitioner 1199SEIU United Healthcare Workers East, and a decision regarding Petitioner's Motion for Attorneys' Fees having been duly rendered by this Court by Order dated September 10, 2020;

IT IS on this 18th day of March, 2021,

**ORDERED AND ADJUDGED** that Respondents Alaris Health at Hamilton Park and Confidence Management Systems are jointly and severally liable to Petitioner for attorneys' fees in the amount of $40,477.50.

_____
Hon. Jed S. Rakoff, U.S.D.J.